UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CIVIL FRAUD INVESTIGATION OF CASSAVA SCIENCES, INC. (AND/OR ITS OFFICERS, EMPLOYEES OR AFFILIATES, INCLUDING DR. LINDSAY BURNS) AND/OR DR. HOAU-YAN WANG | 26 Misc. 519<br>**Part I** |

JAMES M. MCDONALD, United States Attorney for the Southern District of New York, for the reasons hereinafter set forth and upon the declaration of Assistant United States Attorney Lawrence H. Fogelman, hereby requests an order compelling DR. HOAU-YAN WANG to give testimony pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and respectfully alleges as follows:

1. DR. HOAU-YAN WANG was served with a Civil Investigative Demand to provide testimony in the Eastern District of Pennsylvania, where he resides, in connection with a False Claims Act investigation being conducted by the United States Attorney's Office for the Southern District of New York.

2. This application is made in good faith and upon my judgment that the testimony from DR. WANG may be necessary to the public interest.

3. Counsel for DR. WANG has indicated that DR. WANG will refuse to testify because of his privilege against self-incrimination.

4. This application is made with the approval of the Department of Justice, by the Deputy Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations, Section 0.175. A copy of the letter setting forth the approval of the Department of Justice for this application is attached hereto.

WHEREFORE, the United States of America by the United States Attorney for the Southern District of New York respectfully requests the Court to issue an order requiring DR. WANG to give testimony in connection with the Government's civil fraud investigation pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.*, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Dated: New York, New York
October 21, 2026

Respectfully,

James M. McDonald by JHF

JAMES M. MCDONALD
United States Attorney