**U.S. Department of Justice**

Civil Division

---

*Washington, DC 20002*

Mr. James M. McDonald
United States Attorney
for the Southern District of New York
26 Federal Plaza, 37th Floor
New York, New York 10278

Attention: Lawrence H. Fogelman
Dominika Tarczynska
Assistant United States Attorneys

Re: *Civil Fraud Investigation of Cassava Sciences, Inc. (and/or its officers, employees or affiliates, including Dr. Lindsay Burns) and/or Dr. Hoau-Yan Wang* (S.D.N.Y.)

Dear Mr. McDonald:

Under the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(b), I approve your request for authority to apply to the United States District Court for the Southern District of New York for an order under 18 U.S.C. §§ 6002-6003 requiring Dr. Hoau-Yan Wang to give testimony in the above-referenced matter and in any further resulting or ancillary proceedings.

Sincerely,

BRENNA LEIDER

Digitally signed by BRENNA LEIDER
Date: 2026.10.20 15:02:03 -04'00'

Brenna Jenny
Deputy Assistant Attorney General