UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CIVIL FRAUD INVESTIGATION OF CASSAVA SCIENCES, INC. (AND/OR ITS OFFICERS, EMPLOYEES OR AFFILIATES, INCLUDING DR. LINDSAY BURNS) AND/OR DR. HOAU-YAN WANG | 26 Misc. 519<br>**Part I** |

**State of New York**
**County of New York**

LAWRENCE H. FOGELMAN, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of James M. McDonald, United States Attorney for the Southern District of New York, and as such am one of the attorneys responsible for the prosecution of the above-captioned civil fraud investigation conducted pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq*.

2. This Declaration is made in support of the application by the United States Attorney for the Southern District of New York for an order pursuant to Title 18, United States Code, Sections 6002 and 6003 directing DR. HOAU-YAN WANG to give testimony in the above-captioned civil fraud investigation.

3. Counsel for DR. WANG has indicated that DR. WANG will refuse to testify on the basis of his privilege against self-incrimination.

4. Upon information and belief, DR. WANG can give relevant testimony in the above-mentioned matter, which testimony may be necessary to the protection of the public interest.

5. This application for immunity is made in good faith. Other than as may be set forth above, no prior request for the relief set forth herein has been made.

WHEREFORE, and upon the application of the United States Attorney filed herewith, it is respectfully requested that the application be granted.

Dated: New York, New York
October 21, 2026

/s/ Lawrence H. Fogelman
Lawrence H. Fogelman
Assistant United States Attorney