UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

CIVIL FRAUD INVESTIGATION OF CASSAVA SCIENCES, INC. (AND/OR ITS OFFICERS, EMPLOYEES OR AFFILIATES, INCLUDING DR. LINDSAY BURNS) AND/OR DR. HOAU-YAN WANG

26 Misc. 519
**Part I**

Upon the annexed application of JAMES M. MCDONALD, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling DR. HOAU-YAN WANG to testify in the above-captioned civil fraud investigation conducted pursuant to the False Claims Act ("FCA"), 31 U.S.C. 18 3729 *et seq*., by the United States Attorney's Office for the Southern District of New York, and upon the declaration of Assistant United States Attorney Lawrence H. Fogelman, submitted in support thereof; and it appearing that,

1. The United States seeks the testimony of DR. WANG in connection with the above-referenced civil fraud investigation conducted pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq*. (the "Civil Fraud Investigation"); and,

2. DR. WANG has indicated in response to a Civil Investigative Demand seeking his testimony that he would refuse to testify on the basis of his privilege against self-incrimination; and,

3. It is the judgment of the United States Attorney that the testimony and other information that DR. WANG could give in connection with the Civil Fraud Investigation may be

necessary to the public interest; and

Upon the approval of the aforesaid application by the Department of Justice, by the Deputy Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, DR. WANG give testimony as to all matters about which he may be questioned in the Civil Fraud Investigation; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against DR. WANG in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

Honorable Edgardo Ramos
United States District Judge, Part I
Southern District of New York

Dated: New York, New York
October 27, 2026